

# United States District Court
**Eastern District of Washington**
Office of the Clerk

**SEAN F. MCAVOY**
District Court Executive / Clerk of Court

July 5, 2018

Peter John Arendas #70194
Klickitat County Jail
205 South Columbus Avenue
Room 108
Goldendale, WA
98620

RE: **1:18−cv−03118−RMP Arendas v. Wells et al**

Dear Peter John Arendas:

The U.S. District Court Clerk's office is in receipt of your Civil Rights Complaint. Please use the above−referenced case number on all future correspondence or documentation you submit in this matter.

Your case is before the Court for review. Copies of all Court orders will be sent to you promptly when they are issued.

You **must** keep the District Court Executive/Clerk informed of any change of address. Your notifications of change of address **must be in writing.** If you do not provide written notice of your change of address, the District Court Executive/Clerk cannot be responsible for your inability to receive Court orders and correspondence.

Sincerely,

*Sean F. McAvoy*

Sean F. McAvoy, Clerk
U.S. District Court