FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER JOHN ARENDAS,<br><br>                  Plaintiff,<br><br>  v.<br><br>RANDY WELLS, and JOHN AND JANE DOE,<br><br>                  Defendants. | NO: 1:18-CV-3118-RMP<br><br>ORDER DISMISSING CASE |

By Order filed October 11, 2018, the Court directed Mr. Arendas to comply with the filing fee requirements in this case by either paying the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) or to complete and file the financial affidavit provided. ECF No. 14. He was cautioned that failure to comply would result in dismissal of this case for failure to prosecute. Plaintiff did not comply and has filed nothing further in this action.

Therefore, for the reasons set forth in the Court's prior Order, **IT IS ORDERED** this case is **DISMISSED without prejudice** for failure to prosecute,

ORDER DISMISSING CASE -- 1

pursuant to Fed.R.Civ.P. 41(b).  **IT IS FURTHER ORDERED** all pending motions are denied as moot and all pending hearing dates are stricken.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order, enter judgment and close the file.  The Clerk of Court shall provide copies to Plaintiff at the address provided, and to counsel.

**DATED** December 11, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DISMISSING CASE -- 2